Alexander LEMLE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 102480

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: September 8, 2015

Mark A. Grothoff, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65201–3724, for appellant.

Mary Highland Moore, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## ORDER

PER CURIAM

Alexander Lemle ("Movant") appeals the motion court's judgment denying his motion for post-conviction relief under Rule 29.15[1] without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we find the motion court did not clearly err in denying Movant's motion without an evidentiary hearing. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our deci-

---

1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicated.

502

sion to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).